## RETURN OF SERVICE

### UNITED STATES DISTRICT COURT
### District of Florida

Case Number: 3:15-CV-1215-J-34JBT

Plaintiff:
SUSAN MARTINEZ

vs.

Defendants:
MARKET TRADERS INSTITUTE, INC., et al

AFL2015002452

For:
HENRICHSEN SIEGEL, P.L.L.C.
1648 Osceola Street
Jacksonville, FL 32204

Received by ALL FLORIDA PROCESS, LLC on the 16th day of December, 2015 at 6:44 am to be served on INSTITUTIONAL LIQUIDITY, LLC c/o CT CORPORATION SYSTEM, REGISTERED AGENT, 1200 SOUTH PINE ISLAND ROAD, PLANTATION, FL 33324.

I, JAIME CELY, do hereby affirm that on the **17th day of December, 2015 at 9:05 am, I:**

**CORPORATE - REGISTERED AGENT:** By delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT: JURY TRIAL DEMANDED** with the date and hour of service endorsed thereon by me, to: **DONNA MOCH** as **SR.OPS.MANAGER** as designated agent for service of process for Registered Agent of **INSTITUTIONAL LIQUIDITY, LLC c/o CT CORPORATION SYSTEM, REGISTERED AGENT 1200 S PINE ISLAND ROAD, PLANTATION, FL 33324**, Pursuant to F.S. 48.081 and 48.091.

Under penalty of perjury, I swear or affirm that I have read the foregoing and that the facts stated in it are true. I am of legal age, have no interest in the above action. I am a Sheriff Appointed and or Certified Process Server, in good standing, in the county in which process was served and no notary is required under F.S. 92.525 (2).

JAIME CELY
SPS# 708

ALL FLORIDA PROCESS, LLC
4495-304 Roosevelt Blvd
Pmb# 139
Jacksonville, FL 32210
(904) 738-8583

Our Job Serial Number: AFL-2015002452
Ref: 15-CV-1215

Copyright © 1992 2015 Database Services, Inc - Process Server's Toolbox V7.1o

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)* 12.16.15

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Donna Moch SR OPS Mgr, who is designated by law to accept service of process on behalf of *(name of organization)* CT Corporation System on *(date)* 12.17.15 ; or 9:05 AM

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: 12.17.15

X _____
Server's signature

Jaime Cely #708
Printed name and title

Broward County
Server's address

Additional information regarding attempted service, etc:

9767