**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SUSAN MARTINEZ,

    Plaintiff,

-vs-                                                Case No. 3:15-cv-1215-J-34JBT

MARKET TRADERS INSTITUTE, INC.,
et al.,

    Defendants.

_____/

## ORDER TO SHOW CAUSE

**THIS CAUSE** is before the Court sua sponte. A review of the file discloses that Defendants I Trade FX, LLC and Institutional Liquidity, LLC were served on December 17, 2015. See Returns of Service (Dkt. Nos. 12, 13). No further action has been taken with regard to these Defendants since that time. See Fed.R.Civ.P. 55(a); Local Rule 1.07(b).

In addition, the Court notes that in Plaintiff's Response to the Court's Order to Show Cause (Dkt. No. 42; Response), Plaintiff states that the Defendants were timely served in mid-December. However, upon review, it does not appear that returns of service have been filed for Defendants Joshua Martinez and Navitas Investments, LLC.

In light of the foregoing, it is

**ORDERED:**

1.      Plaintiff shall show cause by **June 3, 2016**, why the claims raised against Defendants I Trade FX, LLC and Institutional Liquidity, LLC should not be dismissed for failure to prosecute by seeking the entry of a Clerk's Default under Fed.R.Civ.P. 55(a).

2.      By this same date, Plaintiff shall show cause why the claims raised against Defendants Joshua Martinez and Navitas Investments, LLC should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

3.      This Court's previous Order to Show Cause (Dkt. No. 39) is **DISCHARGED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 17th day of May, 2016.

*[signature]*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record