**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SUSAN MARTINEZ,

    Plaintiff,

v.                                       CASE NO.: 3:15-cv-1215-J-34JBT

MARKET TRADERS INSTITUTE, INC.,
MARKET TRADERS INSTITUTE FINANCIAL, INC.,
NEXT STEP FINANCIAL HOLDINGS, INC.,
EFOREX, INC. (nka EASY EFOREX, INC.),
FX CURRENCY TRADERS, INC.,
I TRADE FX, LLC, JACOB MARTINEZ,
LISA K. ESTRADA, JOSHUA MARTINEZ,
ISAAC MARTINEZ, INSTITUTIONAL
LIQUIDITY, LLC, AND NAVITAS INVESTMENTS, LLC,

    Defendants.
_____/

**PLAINTIFF'S RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE (DOC. 44)**

    **COMES NOW** Plaintiff, Susan Martinez, by and through her undersigned counsel, and files this response to the Court's Order to Show Cause ("Order") (Doc. 44).

    1.    The Court notes that two of the Defendants I Trade FX, LLC and Institutional Liquidity, LLC herein have not responded to the Complaint or Amended Complaint despite service. Plaintiff is seeking simultaneous with the filing of this Response, a Clerk's default against the said Defendants.

    2.    Despite naming Joshua Martinez and Navitas Investments, LLC in the Complaint, these defendants were not served with a summons, as summonses were not requested for these

Defendants inadvertently, and they have not appeared in the case.[1] Plaintiff therefore seeks to dismiss these Defendants without prejudice.

**WHEREFORE,** based on the above, Plaintiff Martinez respectfully requests that this Court dismiss without prejudice the Defendants Joshua Martinez and Navitas Investments, LLC not Order sanctions in this case and that it discharge the Order to Show Cause.

DATED:  June 3, 2016                                    Respectfully submitted,

*/s/ Neil L. Henrichsen*
Neil L. Henrichsen
Florida Bar No. 0111503
HENRICHSEN SIEGEL, P.L.L.C.
1648 Osceola Street
Jacksonville, Florida 32204
Phone: (904) 381-8183
Fax: (904) 212-2800
nhenrichsen@hslawyers.com
Copies to: service@hslawyers.com
**Attorneys for Plaintiff**

---

[1] Plaintiff's representation regarding service on these Defendants in the Response to the Show Cause (Doc. 42) was incorrect and inadvertent.

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2016, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

                                 By: *s/ Neil L. Henrichsen*
                                        Neil L. Henrichsen