**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

SUSAN MARTINEZ,

    Plaintiff,

v.                                      CASE NO.: 3:15-cv-1215-J-34JBT

MARKET TRADERS INSTITUTE, INC.,
MARKET TRADERS INSTITUTE FINANCIAL, INC.,
NEXT STEP FINANCIAL HOLDINGS, INC.,
EFOREX, INC. (nka EASY EFOREX, INC.),
FX CURRENCY TRADERS, INC.,
I TRADE FX, LLC, JACOB MARTINEZ,
LISA K. ESTRADA, JOSHUA MARTINEZ,
ISAAC MARTINEZ, INSTITUTIONAL
LIQUIDITY, LLC, AND NAVITAS INVESTMENTS, LLC,

    Defendants.
_____/

## PLAINTIFF'S REQUEST FOR CLERK'S DEFAULT

    **COMES NOW** Plaintiff, Susan Martinez, by and through her undersigned counsel, and, pursuant to Federal Rule of Civil Procedure 55(a), moves for entry of a default by the Clerk against Defendants I Trade FX, LLC and Institutional Liquidity, LLC for failure to defend, based upon the following:

    1.    On or about December 17, 2015, the registered agent for Defendant I Trade FX, LLC ("I-Trade") was properly served with the Complaint and Summons in this case and failed to respond to the Complaint. *See* Exhibit A, sworn affidavit return of service on Defendant I Trade.

    2.    On or about December 17, 2015, the registered agent for Defendant Institutional

Liquidity, LLC ("IL") was properly served with the Complaint and Summons in this case and failed to respond to the Complaint. *See* Exhibit B, sworn affidavit return of service on Defendant IL.

      3.      Having been properly served upon their registered agents and by failing to respond or otherwise defend the lawsuit herein, Defendants I Trade and IL should have a Clerk's default entered against them pursuant to Fed.R.Civ.P. 55(a).

      **WHEREFORE**, based on the foregoing, Plaintiff respectfully requests that a Clerk's default be entered against Defendants I Trade FX, LLC and Institutional Liquidity, LLC for failure to defend.

DATED:  June 3, 2016                           Respectfully submitted,

                                                     */s/ Neil L. Henrichsen*
                                                     Neil L. Henrichsen
                                                     Florida Bar No. 0111503
                                                     HENRICHSEN SIEGEL, P.L.L.C.
                                                     1648 Osceola Street
                                                     Jacksonville, Florida 32204
                                                     Phone: (904) 381-8183
                                                     Fax: (904) 212-2800
                                                     nhenrichsen@hslawyers.com
                                                     Copies to: service@hslawyers.com
                                                     **Attorneys for Plaintiff**

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 3, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      By: *s/ Neil L. Henrichsen*
           Neil L. Henrichsen