UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUSAN MARTINEZ,

    Plaintiff,

V.                                Case No: 3:15-cv-1215-J-34JBT

MARKET TRADERS INSTITUTE,
INC., et al.,

    Defendants.

## CLERK'S ENTRY OF DEFAULT

Pursuant to Fed.R.Civ.P. 55(a), default is entered against the defendant **I TRADE FX, LLC** in Jacksonville, Florida on the 6th day of June, 2016.

                                      SHERYL L. LOESCH, CLERK

                                      s/B. Davis
                                      Deputy Clerk

Copies furnished to:

Counsel of Record
I Trade FX, LLC
C/O CT Corporation System
1200 S Pine Island Road,
Plantation, FL 33324