**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SUSAN MARTINEZ,

    Plaintiff,

-vs-                                          Case No. 3:15-cv-1215-J-34JBT

MARKET TRADERS INSTITUTE, INC.,
et al.,

    Defendants.

_____/

**O R D E R**

    **THIS CAUSE** is before the Court on Plaintiff's Response to the Court's Order to Show Cause (Doc. 44) (Dkt. No. 48; Response) filed on June 3, 2016. In the Response, Plaintiff seeks dismissal, without prejudice, of Defendants Joshua Martinez and Navitas Investments, LLC. See Response at 2. Upon review of the docket, the Court notes that these Defendants have not served an answer or a motion for summary judgment. Accordingly, pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, it is hereby **ORDERED**:

    1.    The claims raised against Defendants Joshua Martinez and Navitas Investments, LLC are **DISMISSED without prejudice**.

    2.    The Clerk of the Court is directed to terminate these Defendants from the court docket.

3. This Court's Order to Show Cause (Dkt. No. 44) is **DISCHARGED**.

**DONE AND ORDERED** in Jacksonville, Florida, this 8th day of June, 2016.

*Marcia Morales Howard*
**MARCIA MORALES HOWARD**
United States District Judge

ja

Copies to:

Counsel of Record