**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SUSAN MARTINEZ,

    Plaintiff,

v.                            CASE NO.: 3:15-cv-1215-J-34JBT

                                    **JURY TRIAL DEMANDED**

MARKET TRADERS INSTITUTE, INC.,
et al.,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1)    the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    SUSAN MARTINEZ, Plaintiff
    Neil L. Henrichsen, attorney for Plaintiff
    Henrichsen Siegel, P.L.L.C., law firm representing Plaintiff

    Defendants[1] and Defense Counsel:
    MARKET TRADERS INSTITUTE, INC.,
    MARKET TRADERS INSTITUTE FINANCIAL, INC.,
    NEXT STEP FINANCIAL HOLDINGS, INC.,
    EFOREX, INC. (nka EASY EFOREX, INC.),
    FX CURRENCY TRADERS, INC.,
    JACOB MARTINEZ,
    LISA K. ESTRADA,
    ISAAC MARTINEZ

---

1 The claims against Joshua Martinez and Navitas Investments, LLC were dismissed without prejudice on June 8, 2016. Defaults for failure to plead or otherwise respond were entered by the Clerk against Institutional Liquidity, LLC and I Trade FX, LLC on June 6, 2016.

   I. William Spivey, II, Attorney for Defendants
  Courtney M. Keller, Attorney for Defendants
   Greenberg Traurig, P.A., law firm representing Defendants.

2) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

 None

3) the name of every other entity which is likely to be an active participate in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

 None

4) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every other person who may be entitled to restitution:

 Susan Martinez

 I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: June 10, 2016         Respectfully submitted,

                **HENRICHSEN SIEGEL, P.L.L.C.**

                <u>s/Neil L. Henrichsen</u>
                Neil L. Henrichsen
                Fla. Bar No. 0111503
                1648 Osceola Street
                Jacksonville, FL 32204
                Phone: (904) 381-8183
                Fax: (904) 212-2800
                nhenrichsen@hslawyers.com
                service@hslawyers.com
                *Trial Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 10, 2016, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

      By:  *s/ Neil L. Henrichsen*
            Neil L. Henrichsen