UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

SUSAN MARTINEZ,

    Plaintiff,

vs.                                                                Case No:   3:15-cv-01215-J-34JBT

MARKET TRADERS INSTITUTE, INC.,
MARKET TRADERS INSTITUTE
FINANCIAL, INC., NEXT STEP
FINANCIAL HOLDINGS, INC.,
EFOREX, INC. (nka EASY EFOREX,
INC.), FX CURRENCY TRADERS, INC.,
I TRADE FX, LLC, JACOB MARTINEZ,
LISA K. ESTRADA, JAMES PIERON,
JOSHUA MARTINEZ, ISAAC
MARTINEZ, INSTITUTIONAL
LIQUIDITY, LLC, AND
NAVITAS INVESTMENTS, LLC,

    Defendants.
_____/

**DEFENDANTS MARKET TRADERS INSTITUTE, INC., MARKET TRADERS INSTITUTE FINANCIAL, INC., NEXT STEP FINANCIAL HOLDINGS, INC., EFOREX, INC., FX CURRENCY TRADERS, INC., JACOB MARTINEZ, ISAAC MARTINEZ, AND LISA K. ESTRADA'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

    I hereby disclose the following pursuant to this Court's interested persons order:

1.)     The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – include subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

    a.     **No publicly held corporation owns 10% or more of the stock of Market Traders Institute, Inc., Market Traders Institute Financial, Inc., Next Step Financial Holdings, Inc., Eforex, Inc., and FX Currency Traders, Inc.**

  b.  **Susan Martinez**
     **c/o Neil L. Henrichsen, Esquire**
     **Henrichsen Siegel, P.L.L.C.**
     **1648 Osceola Street**
     **Jacksonville, Florida 32204**
     *Plaintiff*

  c.  **Market Traders Institute, Inc.**
     **c/o I. William Spivey, II, Esquire**
     **Greenberg Traurig, P.A.**
     **450 South Orange Avenue, Suite 650**
     **Orlando, Florida 32801**
     *Defendant*

  d.  **Market Traders Institute Financial, Inc.**
     **c/o I. William Spivey, II, Esquire**
     **Greenberg Traurig, P.A.**
     **450 South Orange Avenue, Suite 650**
     **Orlando, Florida 32801**
     *Defendant*

  e.  **Next Step Financial Holdings, Inc.**
     **c/o I. William Spivey, II, Esquire**
     **Greenberg Traurig, P.A.**
     **450 South Orange Avenue, Suite 650**
     **Orlando, Florida 32801**
     *Defendant*

  f.  **EForex, Inc. (now known as Easy Eforex, Inc.)**
     **c/o I. William Spivey, II, Esquire**
     **Greenberg Traurig, P.A.**
     **450 South Orange Avenue, Suite 650**
     **Orlando, Florida 32801**
     *Defendant*

  g.  **FX Currency Traders, Inc.**
     **c/o I. William Spivey, II, Esquire**
     **Greenberg Traurig, P.A.**
     **450 South Orange Avenue, Suite 650**
     **Orlando, Florida 32801**
     *Defendant*

h.    **Jacob Martinez**
**c/o I. William Spivey, II, Esquire**
**Greenberg Traurig, P.A.**
**450 South Orange Avenue, Suite 650**
**Orlando, Florida 32801**
*Defendant*

i.    **Isaac Martinez**
**c/o I. William Spivey, II, Esquire**
**Greenberg Traurig, P.A.**
**450 South Orange Avenue, Suite 650**
**Orlando, Florida 32801**
*Defendant*

j.    **Lisa K. Estrada**
**c/o I. William Spivey, II, Esquire**
**Greenberg Traurig, P.A.**
**450 South Orange Avenue, Suite 650**
**Orlando, Florida 32801**
*Defendant*

k.    **I Trade FX, LLC**
**25 Ionia Avenue SW, Suite 506**
**Grand Rapids, Michigan 49503**
*Pro Se Defendant*

l.    **Joshua Martinez**
**Address Unknown**
*Pro Se Defendant*

m.    **Institutional Liquidity, LLC**
**25 Ionia Avenue SW, Suite 506**
**Grand Rapids, Michigan 49503**
*Pro Se Defendant*

n.    **Navitas Investments, LLC**
**2625 Denison Drive, Suite A**
**Mt. Pleasant, Michigan 48858**
*Pro Se Defendant*

o.    **Jared Martinez**
**c/o Camy B. Schwam-Wilcox, Esq.**
**Schwam-Wilcox & Associates**
**2601 Technology Drive**
**Orlando, Florida 32804**
**Respondent in Divorce Proceeding, <u>Susan Martinez v. Jared Martinez, et al.</u>,**

        **Flagler County Circuit Court, Case No. 11-DR-000274**

p.     **Neil L. Henrichsen, Esquire**
        **Henrichsen Siegel, P.L.L.C.**
        **1648 Osceola Street**
        **Jacksonville, Florida 32204**
        ***Counsel for Plaintiff, Susan Martinez***

q.     **I. William Spivey, II, Esquire**
        **Courtney M. Keller, Esquire**
        **Colin S. Baker, Esquire**
        **Greenberg Traurig, P.A.**
        **450 South Orange Avenue, Suite 650**
        **Orlando, Florida 32801**
        ***Counsel for Defendants, Market Traders Institute, Inc., Market Traders Institute Financial, Inc., Next Step Financial Holdings, Inc., EForex, Inc., FX Currency Traders, Inc., Jacob Martinez, Isaac Martinez, and Lisa K. Estrada***

2.)     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    a.     **None.**

3.)     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    a.     **None.**

4.)     The name of each victim (individual and corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

    a.     **None, other than allegedly the Plaintiff, Susan Martinez.**

    I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of June, 2016, a true and correct copy of the foregoing **Defendants Market Traders Institute, Inc., Market Traders Institute Financial, Inc., Next Step Financial Holdings, Inc., Eforex, Inc., FX Currency Traders, Inc., Jacob Martinez, Isaac Martinez, and Lisa K. Estrada's Certificate of Interested Persons and Corporate Disclosure Statement** has been furnished via electronic mail to the following:

Neil L. Henrichsen, Esquire
Henrichsen Siegel, P.L.L.C.
1648 Osceola Street
Jacksonville, Florida 32204
Email: nhenrichsen@hslawyers.com
*Counsel for Plaintiff, Susan Martinez*

GREENBERG TRAURIG, P.A.
450 South Orange Ave., Suite 650
Orlando, Florida 32801
Telephone: (407) 420-1000
Facsimile: (407) 420-5909
Email: spiveyw@gtlaw.com
kellerc@gtlaw.com
bakerco@gtlaw.com
FLService@gtlaw.com
*Counsel for Defendants, Market Traders Institute, Inc., Market Traders Institute Financial, Inc., Next Step Financial Holdings, Inc., EForex, Inc., FX Currency Traders, Inc., Jacob Martinez, Isaac Martinez, and Lisa K. Estrada*

By: */s/ I. William Spivey, II*
I. William Spivey, II, Esq.
Florida Bar No. 701076
Courtney M. Keller, Esq.
Florida Bar No. 0028668
Colin S. Baker, Esq.
Florida Bar No. 0066352

ORL299315050v1136098.010300